1  JOHN S. BATTENFELD, BAR NO. 119513
   john.battenfeld@morganlewis.com
2  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
3  Twenty-Second Floor
   Los Angeles, CA  90071-3132
4  Tel:    +1.213.612.2500
   Fax:    +1.213.612.2501
5
   CHRISTOPHER J. BANKS, BAR NO. 218779
6  christopher.banks@morganlewis.com
   MORGAN, LEWIS & BOCKIUS LLP
7  One Market, Spear Street Tower
   San Francisco, CA  94105-1596
8  Tel:    +1.415.442.1000
   Fax:    +1.415.442.1001
9
   MARINA C. GRUBER, Bar No. 271542
10 marina.gruber@morganlewis.com
   MORGAN, LEWIS & BOCKIUS LLP
11 1400 Page Mill Road
   Palo Alto, CA  94304-1124
12 Tel:    +1.650.843.4000
   Fax:    +1.650.843.4001
13
   Attorneys for Defendant
14 AMAZON.COM, LLC

IT IS SO ORDERED

Judge Thelton E. Henderson

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18 CARLOS MORALES, on behalf of himself, all     Case No. 3:16-cv-06462
   others similarly situated,
19
                         Plaintiff,
20            vs.                                  **STIPULATION EXTENDING TIME**
                                                   **FOR DEFENDANTS TO RESPOND TO**
21 AMAZON.COM, LLC., a Delaware                    **FIRST AMENDED COMPLAINT**
   corporation; PEACH, INC., DBA ACTION
22 MESSENGER SERVICE., a California
   corporation; and DOES 1-50, inclusive,          Complaint Filed: September 27, 2016
23
                         Defendants.
24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
  SILICON VALLEY

**STIPULATION**

WHEREAS, Plaintiff CARLOS MORALES ("Plaintiff" or "MORALES"), filed a Complaint against Defendants AMAZON.COM, LLC ("AMAZON") and PEACH, INC. D/B/A/ ACTION MESSENGER SERVICE ("PEACH") (collectively "Defendants") in Alameda County Superior Court on or about September 27, 2016;

WHEREAS, Plaintiff filed a First Amended Complaint ("FAC") on November 30, 2016;

WHEREAS, AMAZON's and PEACH's responses to the FAC were originally due on December 14, 2016 and thereafter extended by fourteen (14) days to December 28, 2016 by way of stipulation;

WHEREAS, counsel for PLAINTIFF and DEFENDANTS have been conferring since that time in an attempt to resolve certain issues related to the FAC before DEFENDANTS are required to file their response to the FAC; and

WHEREAS, that meet and confer process is still ongoing and PLAINTIFF has agreed to stipulate to extend DEFENDANTS' deadlines to respond to the FAC further, until January 13, 2017, in order to facilitate the ongoing meet and confer process.

THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1.   Defendants AMAZON's and PEACH's deadlines to respond to the First Amended Complaint are extended from December 28, 2016 to February 13, 2017.

2.   This stipulation shall not alter the date of any event or any deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated: December 28, 2016                    MORGAN, LEWIS & BOCKIUS LLP


                                            By   /s/ Christopher J. Banks
                                                 John S. Battenfeld
                                                 Christopher J. Banks
                                                 Marina C. Gruber
                                                 Attorneys for Defendant
                                                 AMAZON.COM, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

STIP. EXTENDING DEFTS'
DEADLINE TO RESPOND TO FAC
Case No. 3:16-cv-06462

Dated: December 28, 2016                    CHARLES E. RUBEN & ASSOCIATES


                                            By   /s/ Charles E. Ruben
                                               Charles E. Ruben
                                               Attorneys for Defendant
                                               PEACH, INC.

Dated: December 28, 2016                    SETAREH LAW GROUP


                                            By   /s/ Shaun Satareh
                                               Shaun Setareh
                                               Thomas Segal
                                               Attorneys for Plaintiff
                                               CARLOS MORALES


### ATTESTATION RE ELECTRONIC SIGNATURES

I, CHRISTOPHER J. BANKS, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 28, 2016                    MORGAN, LEWIS & BOCKIUS LLP


                                            By   /s/ Christopher J. Banks
                                               John S. Battenfeld
                                               Christopher J. Banks
                                               Marina C. Gruber
                                               Attorneys for Defendant
                                               AMAZON.COM, LLC

DB2/ 30943473.1

2

STIP. EXTENDING DEFTS'
DEADLINE TO RESPOND TO FAC
Case No. 3:16-cv-06462